Jeffrey J. Hunt (5844) (jhunt@parrbrown.com)
Bryan S. Johansen (09912) (bjohansen@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Plaintiff Young Living Essential Oils, LC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| YOUNG LIVING ESSENTIAL OILS, LC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LINDSEY K. ELMORE, an individual; LINDSEY K. ELMORE, LLC, a limited liability company; WELLNESS MADE SIMPLE; and DOES 1-10,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>Case No: 2:22-cv-00496<br><br>Judge: Bruce S. Jenkins |

The Parties, by and through their undersigned counsel, respectfully submit this Joint Status Report to advise the Court that they continue to work on resolving the issues raised in Plaintiff Young Living Essential Oils, LC's ("Young Living") pending Motion for Temporary Restraining Order (the "Motion"), *see* ECF No. 4, and request that the Court take no action with respect to the Motion for fourteen (14) days, after which the parties will provide a further update to the Court or Young Living will withdraw the Motion.

RESPECTFULLY SUBMITTED this 24th day of August 2022.

PARR BROWN GEE & LOVELESS, P.C.

/s/ *Jeffrey J. Hunt*
Jeffrey J. Hunt
Bryan S. Johansen

*Attorneys for Plaintiff Young Living Essential Oils L.C.*

PIAHOYT

/s/ *Zach Weyher**
Zach Weyher

*Attorneys for Defendants*

*signed by the filing attorney with permission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August 2022, a true and correct copy of the foregoing **JOINT STATUS REPORT** was served via email on the following:

Lindsey K. Elmore
c/o Zach Weyher
PIA HOYT
zweyher@piahoyt.com

/s/ *Jeffrey J. Hunt*